MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-Mail: david.callaway@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT 15 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 5:MJ-00265 PVT |
| Plaintiff, | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND RECALL BENCH WARRANT; ORDER ~~PROPOSED~~ |
| v. | |
| ALEXANDER NAPOLEON REYES, | |
| Defendant. | |

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Complaint and recalling the arrest warrant. The facts supporting this request are as follows:

Defendant Reyes was charged by Complaint on August 31, 2000, charging him with Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Reyes was wanted for Lewd and Lascivious Act with a Child, in violation of Section 288(c) of the California Penal Code, based on an arrest warrant from the Santa Cruz Country Superior Court. On September 23, 2010, Reyes was detained by authorities in Mexico. The defendant waived extradition to the United States, was

**Request to Dismiss Complaint; Order**

returned here, and taken into custody at the San Francisco International Airport by Santa Cruz police officers. Reyes is now in state custody in Santa Cruz county, awaiting trial.

Accordingly, the government respectfully requests that the above-captioned Complaint be dismissed and the arrest warrant recalled.

DATED: October 6, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED, and the arrest warrant issued thereon RECALLED.

PATRICIA V. TRUMBULL
United States Magistrate Judge

10/15/10

Request to Dismiss Complaint; Order

2